934

No. 95–5643. JOHNSON v. CODY, WARDEN. Ct. Crim. App. Okla. Certiorari denied.

No. 95–5646. MORAN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 95–5647. BAKER v. FEDERAL LAND BANK OF SPOKANE ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5651. SHEFFIELD v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 95–5655. ROGERS v. KOLESAR ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5656. SWEENEY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–5659. KNIGHT v. INTERMARINE, U. S. A. C. A. 11th Cir. Certiorari denied.

No. 95–5663. MURPHY v. CANNON. Ct. App. Kan. Certiorari denied.

No. 95–5667. MANGRUM v. HOLLOWAY. C. A. 11th Cir. Certiorari denied.

No. 95–5668. DEUTSCH v. EASTERBROOK ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5678. DEDES v. PAGE ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5692. WESTON v. FIRST INTERSTATE BANK OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5712. BOULTON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–5722. ADAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95–5737. COUSINS v. NORTH CAROLINA DEPARTMENT OF CORRECTION ET AL. C. A. 4th Cir. Certiorari denied.